No. _____

| Shamica Roberson | § | In the Texas Court of |
|---|---|---|
| vs. | § | Criminal Appeals |
| The State of Texas | § | at Austin, Texas |

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 09 2016

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUN 10 2016

Abel Acosta, Clerk

_____
On Appeal from the Second Court of Appeals
in Cause No. 02-15-00181-CR
_____

### Appellant's Motion to Extend the
### Time for Filing a Petition for Discretionary Review

**To the Honorable Judges of said Court:**

Comes now Appellant, and respectfully requests that the time for filing a Petition for Discretionary Review in the above-styled and numbered cause be extended. In support of this motion Appellant would show:

1. On April 28, 2016, Appellant's conviction was affirmed by the Second Court of Appeals in Cause No. 02-15-00181-CR styled Shamica Roberson v. The State of Texas.

2. The present deadline for filing a Petition for Discretionary Review is June 11, 2016. Appellant respectfully requests an extension of time until August 12, 2016.

1

3. No previous extension of time has been granted.

4. Appellant would show the Court that a reasonable explanation exists for the requested extension. Appellant is currently without funds to hire counsel, is without legal representation and is preparing the Petition for Discretionary Review *pro se.* Appellant has limited legal knowledge. Appellant must research and draft the issues herself.

Wherefore, premises considered, Appellant respectfully requests that the time for filing a Petition for Discretionary Review be extended to August 12, 2016.

Respectfully submitted,

Shamica Roberson, Appellant

_Shamica Roberson_   214 256·6400
7730 Arkan drive
dallas TX 75241

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on the Denton County District Attorney's Office, Appellate Division, 1450 E. McKinney Street, Denton, TX 76209-4524, by depositing same in the United States Mail, Postage Prepaid on June 3 , 2016.

_Shamica Roberson_
Shamica Roberson, Appellant

2